**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7669**

WAYNE DOUGLAS BUTTS,

Plaintiff - Appellant,

versus

ROGER PHILLIPS, MD/Attending; MARY TARNOWSKI,
Administrator, Correctional Medical Services,
Inc., Subsidiary of Spectrum, Inc.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-00-632-2)

Submitted: March 31, 2003          Decided: May 1, 2003

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wayne Douglas Butts, Appellant Pro Se. John David McChesney, RAWLS
& MCNELIS, P.C., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Douglas Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Butts v. Phillips, No. CA-00-632-2 (E.D. Va. filed Oct. 21, 2002, entered Oct. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2